| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | |

TERRA HARRIS,

    Plaintiff,

vs.

WALMART INC., WAL-MART STORES
EAST, LP, WAL-MART STORES EAST,
INC.,

    Defendants.

Cause Number:

**SUMMONS**

THE STATE OF INDIANA TO THE DEFENDANT

WALMART INC.
c/o C T CORPORATION SYSTEM, Registered Agent
334 North Senate Avenue
Indianapolis, IN 46204

    You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

    The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff had made against you.

    You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

    In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

    However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23)days from the date of receipt to file your written answer with the Clerk.

    If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

    If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

    The following manner of service is hereby designated: <u>CERTIFIED MAIL - RETURN RECEIPT REQUESTED</u>

8/10/2022

Joseph G. Bombagetti
Attorney for Plaintiff
Kelly Law Offices LLC
1619 Junction Avenue
Schererville, IN 46375
Telephone: (219) 791-0606
Email: jgb@kelly-lawyers.com

Date: _____

/S/MICHAE; A. BROWN

CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

BY: _____
    Deputy Clerk

**SEAL**

LAKE COUNTY COURT
INDIANA

**PREPARATION DATA:**

All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service. If service is by certified mail a properly addressed envelope shall be provided for each Defendant. Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court.

STATE OF INDIANA )
                 ) SS:
COUNTY OF LAKE   )

IN THE LAKE CIRCUIT/SUPERIOR COURT

TERRA HARRIS, )
              )
    Plaintiff, )
               )
    vs.        )      Cause Number:
               )
WALMART INC., WAL-MART STORES )
EAST, LP, WAL-MART STORES EAST, )
INC., )
      )
    Defendants. )

## COMPLAINT

Now Comes the Plaintiff, TERRA HARRIS, by counsel, Kelly Law Offices LLC, and for her Complaint against the Defendants, WALMART INC., WAL-MART STORES EAST, LP, and WAL-MART STORES EAST, INC. states as follows:

1.      Plaintiff, Terra Harris, is an individual and resident of Lynwood, Cook County, Illinois, and is entitled to maintain this cause of action in this venue and jurisdiction.

2.      Defendants, Walmart Inc., Wal-Mart Stores East, LP, and Wal-Mart Stores East, Inc. are foreign corporations that do business throughout the State of Indiana, including Lake County, and as such are subject to this State's jurisdiction and this venue.

3.      On August 26, 2020, Plaintiff, Terra, was at the Defendants' store located at 1555 US Highway 41, Schererville, IN 46375, as a business invitee and was injured while on the premises due to a hazardous condition which was unreasonably allowed to exist on the floor of the Defendants' premises.

4.      At that time, Defendants, had a duty to maintain their premises and create a safe environment for patrons free from unreasonably dangerous or hazardous conditions.

1

5.     Defendants negligently, carelessly, and/or recklessly failed to maintain their premises, failed to undertake reasonable inspections to discover hazardous or dangerous conditions on their premises, and failed to warn Plaintiff of the hazardous and dangerous conditions which existed on their premises, and as such breached the duty they owed to Plaintiff.

6.     Defendants knew, or should have known, of the unreasonably dangerous condition which caused Plaintiff's injuries, failed to warn Plaintiff of the unreasonably dangerous condition, causing Plaintiff to be injured, and failed to correct the unreasonably dangerous condition which caused Plaintiff to be injured.

7.     As a direct and proximate result of Defendants' negligent conduct, Plaintiff was severely injured, both permanently and temporarily, suffered and is continuing to suffer great physical pain and mental anguish, and incurred and will continue to incur medical expenses.

**WHEREFORE**, Plaintiff requests judgment in her favor and against the Defendants, WALMART INC., WAL-MART STORES EAST, LP, and WAL-MART STORES EAST, INC., in an amount which would reasonably compensate her for her damages, interest, the cost of this action, and for all other just and proper relief.

Respectfully submitted,

 */s/ Joseph G. Bombagetti*
Joseph G. Bombagetti, Attorney for Plaintiff,
Atty. No.: 28417-45

KELLY LAW OFFICES LLC
1619 Junction Avenue
Schererville, IN 46375
Telephone: (219) 791-0606
Fax: (219) 791-0707
E-Mail: jgb@kelly-lawyers.com

2